# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics
Reform Act of 1988, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Biery, Samuel F., Jr. | United States District Court for the Western District of Texas (Nominee) | 11/22/93 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active (Nominee) | X Nomination, Date 11/19/93 __ Initial __ Annual __ Final | 1/1/92-11/22/93 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 4th Court of Appeals Bexar County Justice Center San Antonio, Texas 78205 | Reviewing Officer Signature _____ |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions) | |
| Partner | Biery-Hand Joint Venture (office building) |
| Partner | Biery-Francis Joint Venture (office Building) |
| Partner | Biery-Bluntzer Joint Venture (rent house) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements) | |

State and county judicial retirement accounts (vested and will continue in force if I leave the state judiciary); created by Texas statutes.

Biery Law Firm deferred compensation retirement account; 1973-78; agreement w my father and uncle and two law partners; IRS-approved; currently in force

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| | New York Life Insurance policy | $ $1400(1992-9 |
| | Marcia Mattingly Biery (spouse) 1992-Kathleen Doria | $ |
| | Marcia Mattingly Biery (spouse) 1993-self employed | $ |
| | State of Texas, County of Bexar – Judicial salary | $ $93,500/year |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Biery, Samuel F., Jr. | Date of Report<br>11/19/93 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Biery Retirement Account | I owe myself for a loan taken against my account | K |
| Biery-Bluntzer JointVenture owes Troy Nichols a mortgage loan on rent house | | K |
| NY Life Insurance Co. | Loan against my life ins.policy | J |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Biery, Samuel F.,Jr. | 11/22/93 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Exempt | If not exempt from disclosure | | | |
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | |
| 1 Note receivable from sale of former homestead | D | int. | L | U | | | | | |
| 2 Note receivable from sale of rural acreage | B | int | K | U | | | | | |
| 3 Biery-Hand Jt.Ven.(off. bldg) | B | rent | K | Q | | | | | |
| 4 BieryFrancis Jt.Ven(off. bldg.) | B | rent | J | Q | | | | | |
| 5 IRAw/MerrillLynch/San Antonio,TX | B | int. | J | T | | | | | |
| 6 Biery-Bluntzer Jt.Ven. (rent house/NewBraunfels, TX | A | rent | K | Q | | | | | |
| 7 | | | | | | | | | |
| 8 BieryLawFirmRetirement acct.SanAntonio,TX | D | int | L | T | | | | | |
| 9 State/county judicial retirement accts | D | div int | L | T | | | | | |
| 10 FrostBank/San Antonio(J) | A | int | J | T | | | | | |
| 11 New York Life Ins. policy | B | int | J | T | | | | | |
| 12 ShearsonLehmanIRA (S) | A | int | J | T | | | | | |
| 13 HiberniaBank/SanAntonio TX (S) | A | int | J | T | | | | | |
| 14 US SavingsBonds(S) | B | int | J | T | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Biery, Samuel F., Jr. | 11/19/93 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

November 23, 1993

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

RE: Nomination report

Dear Madam or Sir:

On November 19, 1993, President Clinton submitted my name to th
Senate for appointment to the United States District Court for th
Western District of Texas. I mailed the Financial Disclosu:
Report to your office on November 22, 1993.

In my haste to comply with the five day time requirement and
making sure I did not overlook any asset reporting, I failed
report my main source of income in Part III (Non-investme
Income). Accordingly, I wish to supplement my report which y
should receive today with the following information:

III. Non-Investment Income

State of Texas, County of Bexar-judicial salary-  $93,500 per y

I am sending this by facsimile and will mail the original to
Should you have any questions or need further information abou
report, please feel free to call me on my direct line at 210-
2693.

Sincerely,


FRED BIERY

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 5,000 | 00 | Notes payable to banks--secured | | | -0- |
| U.S. Government securities--add schedule Series E (spouse) | | 8,000 | 00 | Notes payable to banks--unsecured | | | -0- |
| Listed securities--add schedule | | -0- | | Notes payable to relatives | | | -0- |
| Unlisted securities--add schedule | | -0- | | Notes payable to others | | | -0- |
| Accounts and notes receivable: | | | | Accounts and bills due | | | -0- |
| Due from relatives and friends | | -0- | | Unpaid income tax | | | -0- |
| Due from others | | -0- | | Other unpaid tax and interest | | | -0- |
| Doubtful | | -0- | | Real estate mortgages payable--add schedule   Home 208Village Cir | | 168,000 | 00 |
| Real estate owned--add schedule Home 208 Village Circle Verstegen note Real estate mortgages receivable TITLE | | 250,000.00 90,000.00 15,000.00 | | Chattel mortgages and other liens payable | | | |
| Autos and other personal property | | 11,000.00 | | Other debts--itemize: | | | |
| Cash value--life insurance | | 14,000.00 | | Loan from my law firm ret. acct. | | | |
| Other assets--itemize:  IRA's FormerLawFirm retirement acct Biery Land/Biery Francis Jt. Vent. Biery-Bluntzer Jt. Vent. State/county retirement acct. | | 20,000.00 90,000.00 35,000.00 5,000.00 70,000.00 | | Loan against life ins. cash value | | 26,000.00 ,7,000.00 | |
| | | | | Total liabilities | | 201,000 | 00 |
| | | | | Net Worth | | 422,000 | 00 |
| Total Assets | | 623,000.00 | | Total liabilities and net worth | | 623,000.00 | |
| CONTINGENT LIABILITIES | | -0- | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | -0- | | Are any assets pledged? (Add schedule.)  Home for mortgage | | | |
| On leases or contracts | | -0- | | Are you defendant in any suits or legal actions?   No | | | |
| Legal Claims | | -0- | | Have you ever taken bankruptcy?   No | - | | |
| Provision for Federal Income Tax | | -0- | | | | | |
| Other special debt | | -0- | | | | | |


Digitized by Google